Emil Van Espen, Appellant, vs. J. Buttgenbach and
    Ernest Todros, copartners under the firm name of
    J. Buttgenbach & Co., Appellees.

Appeal from Circuit Court, Alachua county; Wil-
liam A. Hocker, Judge.

O. T. Green, for Appellant.

No appearance for Appellees.

The bill in this cause was filed   by the appellees

against the appellant. There was decree for the complainants, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant.